AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

Billie Jo Joy

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Hilary Illick
Jennifer Krier

05   11580 NMG

TO: (Name and address of defendant)

Hilary Illick
165 Common Street
Belmont, MA 02478

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David M. Glynn, Esq.
Kirkpatrick & Lockhart Nicholson Graham LLP
75 State Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUL 28 2005

CLERK                                           DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 7/29/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| James J. Murray | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left said copies at the last and usual place of abode of the defendant Hilary Illick located at 165 Common Street, Belmont, MA. pursuant to local rules of service of process.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/29/05
              Date

Signature of Server

6 Beacon Street, Suite 825
Address of Server
Boston, MA 02108

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.