AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __Massachusetts__

Billie Jo Joy

**SUMMONS IN A CIVIL CASE**

v.

Hilary Illick
Jennifer Krier

CASE NUMBER:

05  11580 NMG

TO: (Name and address of defendant)

Jennifer Krier
20 Stone Road
Belmont, MA 02478

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David M. Glynn, Esq.
Kirkpatrick & Lockhart Nicholson Graham LLP
75 State Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                    JUL 28 2005
CLERK                                 DATE

_/s/_
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 7/29/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| James J. Murray | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copies at the last and usual place of abode of the defendant Jennifer Krier located at 20 Stone Road, Belmont, MA. pursuant to local rules of service of process.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/29/05
              Date

Signature of Server

Address of Server
6 Beacon Street, Suite 825
Boston, MA 02108

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.