UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BILLIE JO JOY,<br><br>      Plaintiff,<br><br>v.<br><br>HILARY ILLICK and<br>JENNIFER KRIER,<br><br>      Defendants. | Civil Action No. 05-cv-11580<br>(NMG) |

### PLAINTIFF BILLIE JO JOY'S MOTION TO EXTEND
### DEFENDANT'S DEADLINE TO ANSWER

Plaintiff, Billie Jo Joy ("Joy") hereby moves this Court to extend the deadline by which Defendants Hilary Illick ("Illick") and Jennifer Krier ("Krier") are required to answer Joy's Complaint for thirty (30) days, until September 17, 2005. In support of this Motion, Joy states the following:

1. On July 21, 2005, Joy filed her Complaint in this Court for a declaratory judgment that she is a co-author of the script of the play "Venus de Minivan: Mothers in the Breakdown Lane" under 17 U.S.C. § 101 et seq., as well as for other claims and relief related thereto.

2. On July 29, 2005, Joy served both Illick and Krier with a Summons and Joy's Complaint by leaving copies at their last and usual places of abode pursuant to Fed. R. Civ. P. 4(e)(2). Therefore, both Illick and Krier were required to file their answers to Joy's Complaint by August 18, 2005 pursuant to Fed. R. Civ. P. 12(a).

3. Prior to August 18, 2005, the parties began discussions regarding potential settlement. To facilitate those discussions in the most efficient and cost effective manner, Joy

respectfully requests an extension of the deadline by which Illick and Krier are required to file their answers to Joy's Complaint, and all other deadlines related to that date, for thirty (30) days until September 17, 2005.

WHEREFORE, Joy respectfully requests that this Court enter an Order:

1. Extending the deadline by which Illick and Krier are required to file their answers to September 17, 2005; and

2. Granting any other such relief as is just and equitable.

Respectfully submitted

BILLIE JO JOY,

By her attorneys,

Deborah J. Peckham (BBO# 564865)
David M. Glynn (BBO# 650964)
Kirkpatrick & Lockhart
  Nicholson Graham LLP
75 State Street
Boston, MA 02109
(617) 261-3000

Dated: August 19, 2005

- 2 -

## CERTIFICATE OF SERVICE

I, David M. Glynn, hereby certify that a true copy of **Plaintiff Billie Jo Joy's Motion to Extend Defendants' Deadline to Answer** was served upon the following interested parties by first-class mail postage pre-paid and, upon counsel by first-class mail, postage pre-paid, and facsimile on August 19, 2005.

_____
David M. Glynn