## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

BILLIE JO JOY,

                                    Plaintiff,

v.                                                                      Civil Action No. 05-cv-11580
                                                                        (NMG)

HILARY ILLICK and

JENNIFER KRIER,

                                    Defendants.

## PLAINTIFF BILLIE JO JOY'S SECOND MOTION TO EXTEND
## DEFENDANT'S DEADLINE TO ANSWER

Plaintiff, Billie Jo Joy ("Joy") hereby moves this Court to extend the deadline by which

Defendants Hilary Illick ("Illick") and Jennifer Krier ("Krier") are required to answer Joy's

Complaint for thirty (30) days, until October 17, 2005. In support of this Motion, Joy states the

following:

1.      On July 21, 2005, Joy filed her Complaint in this Court for a declaratory judgment that

        she is a co-author of the script of the play "Venus de Minivan: Mothers in the Breakdo

        Lane" under 17 U.S.C. § 101 et seq., as well as for other claims and relief related there

2.      On July 29, 2005, Joy served both Illick and Krier with a Summons and Joy's Compla

        by leaving copies at their last and usual places of abode pursuant to Fed. R. Civ. P.

        4(e)(2). Therefore, both Illick and Krier were required to file their answers to Joy's

        Complaint by August 18, 2005 pursuant to Fed. R. Civ. P. 12(a).

3.      Prior to August 18, 2005, the parties began discussions regarding potential settlement.

4.    On August 31, 2005, the Court granted Joy's request to extend the deadline by which

Illick and Krier were required to file their answer to September 17, 2005.

5.    Discussions between the parties remain on-going.  To facilitate those discussions in the

most efficient and cost effective manner, Joy respectfully requests an additional extens:

of the deadline by which Illick and Krier are required to file their answers to Joy's

Complaint, and all other deadlines related to that date, for thirty (30) days until Octobe

17, 2005.

WHEREFORE, Joy respectfully requests that this Court enter an Order:

1.    Extending the deadline by which Illick and Krier are required to file their answ

to October 17, 2005; and

2.    Granting any other such relief as is just and equitable.

Respectfully submitted

BILLIE JO JOY,

By her attorneys,

Deborah J. Peckham (BBO# 564865)
David M. Glynn (BBO# 650964)
Kirkpatrick & Lockhart
  Nicholson Graham LLP
75 State Street
Boston, MA 02109
(617) 261-3000

Dated:  September 16, 2005

- 2 -

## CERTIFICATE OF SERVICE

I, David M. Glynn, Esq., hereby certify that a true copy of **Plaintiff Billie Jo Joy's**

**Second Motion to Extend Defendants' Deadline to Answer** was served upon the following

interested parties by first-class mail postage pre-paid and, upon counsel by first-class mail,

postage pre-paid, and facsimile on September 16, 2005.

David M. Glynn, Esq.

John L. Eastman, Esq.
Eastman & Eastman
39 West 54th Street
New York, NY 10019