UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT 17 A 11: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

BILLIE JO JOY,

                Plaintiff,

v.

HILARY ILLICK and

JENNIFER KRIER,

                Defendants.

Civil Action No. 05-cv-11580 (NMG)

### PLAINTIFF BILLIE JO JOY'S THIRD MOTION TO EXTEND DEFENDANT'S DEADLINE TO ANSWER

Plaintiff, Billie Jo Joy ("Joy") hereby moves this Court to extend the deadline by which Defendants Hilary Illick ("Illick") and Jennifer Krier ("Krier") are required to answer Joy's Complaint for thirty (30) days, until November 16, 2005. In support of this Motion, Joy states the following:

1. On July 21, 2005, Joy filed her Complaint in this Court for a declaratory judgment that she is a co-author of the script of the play "Venus de Minivan: Mothers in the Breakdown Lane" under 17 U.S.C. § 101 et seq., as well as for other claims and relief related thereto.

2. On July 29, 2005, Joy served both Illick and Krier with a Summons and Joy's Complaint by leaving copies at their last and usual places of abode pursuant to Fed. R. Civ. P. 4(e)(2). Therefore, both Illick and Krier were required to file their answers to Joy's Complaint by August 18, 2005 pursuant to Fed. R. Civ. P. 12(a).

3. Prior to August 18, 2005, the parties began discussions regarding potential settlement.

4. On August 31, 2005, the Court granted Joy's request to extend the deadline by which Illick and Krier were required to file their answer to September 17, 2005. To facilitate the on-going discussions, Joy made a second request to extend the deadline to October 17, 2005, which the Court granted on September 19, 2005.

5. Discussions between the parties remain on-going. To facilitate those discussions in the most efficient and cost effective manner, Joy respectfully requests an additional extension of the deadline by which Illick and Krier are required to file their answers to Joy's Complaint, and all other deadlines related to that date, for thirty (30) days until November 16, 2005.

WHEREFORE, Joy respectfully requests that this Court enter an Order:

1. Extending the deadline by which Illick and Krier are required to file their answers to November 16, 2005; and

2. Granting any other such relief as is just and equitable.

Respectfully submitted

BILLIE JO JOY,

By her attorneys,

*/s/ Deborah J. Peckham*

Deborah J. Peckham (BBO# 564865)
David M. Glynn (BBO# 650964)
Kirkpatrick & Lockhart
  Nicholson Graham LLP
75 State Street
Boston, MA 02109
(617) 261-3000

Dated: October 17, 2005

## CERTIFICATE OF SERVICE

I, David M. Glynn, Esq., hereby certify that a true copy of **Plaintiff Billie Jo Joy's Third Motion to Extend Defendants' Deadline to Answer** was served upon the following interested parties by first-class mail postage pre-paid and, upon counsel by first-class mail, postage pre-paid, and facsimile on October 17, 2005.

*David M. Glynn, Esq.*

John L. Eastman, Esq.
Eastman & Eastman
39 West 54th Street
New York, NY 10019