UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BILLIE JO JOY,<br><br>       Plaintiff,<br><br>v.<br><br>HILARY ILLICK and<br>JENNIFER KRIER,<br><br>       Defendants. | Civil Action No. 05-cv-11580<br>(NMG) |

**PLAINTIFF BILLIE JO JOY'S FOURTH MOTION TO EXTEND
DEFENDANT'S DEADLINE TO ANSWER**

Plaintiff, Billie Jo Joy ("Joy") hereby moves this Court to extend the deadline by which Defendants Hilary Illick ("Illick") and Jennifer Krier ("Krier") are required to answer Joy's Complaint for fourteen (14) days, until November 30, 2005. In support of this Motion, Joy states the following:

1. On July 21, 2005, Joy filed her Complaint in this Court for a declaratory judgment that she is a co-author of the script of the play "Venus de Minivan: Mothers in the Breakdown Lane" under 17 U.S.C. § 101 et seq., as well as for other claims and relief related thereto.

2. On July 29, 2005, Joy served both Illick and Krier with a Summons and Joy's Complaint by leaving copies at their last and usual places of abode pursuant to Fed. R. Civ. P. 4(e)(2). Therefore, both Illick and Krier were required to file their answers to Joy's Complaint by August 18, 2005 pursuant to Fed. R. Civ. P. 12(a).

3. Prior to August 18, 2005, the parties began discussions regarding potential settlement.

4. To facilitate these discussions, Joy moved the Court three times to extend the deadline by which Illick and Krier were required to file their answer. The Court granted each of Joy's motions and ultimately extended the deadline to November 16, 2005.

5. Discussions between the parties have concluded without resolving the claims in Joy's Complaint. To allow Illick and Krier sufficient time to file their answer, Joy respectfully requests an additional extension of the deadline by which Illick and Krier are required to file their answer to Joy's Complaint, and all other deadlines related to that date, for fourteen (14) days until November 30, 2005.

WHEREFORE, Joy respectfully requests that this Court enter an Order:

1. Extending the deadline by which Illick and Krier are required to file their answers to November 30, 2005; and

2. Granting any other such relief as is just and equitable.

Respectfully submitted

BILLIE JO JOY,

By her attorneys,

Deborah J. Peckham (BBO# 564865)
David M. Glynn (BBO# 650964)
Kirkpatrick & Lockhart
  Nicholson Graham LLP
75 State Street
Boston, MA 02109
(617) 261-3000

Dated: November 14, 2005

- 3 -

## CERTIFICATE OF SERVICE

I, David M. Glynn, Esq., hereby certify that a true copy of **Plaintiff Billie Jo Joy's Fourth Motion to Extend Defendants' Deadline to Answer** was served upon the counsel for the defendants set forth below by first-class mail, postage pre-paid, and facsimile on November 14, 2005.

David M. Glynn, Esq.

John L. Eastman, Esq.
Eastman & Eastman
39 West 54th Street
New York, NY 10019