UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC -2  A 10: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BILLIE JO JOY, | |
| Plaintiff, | |
| v. | Civil Action No. 05-cv-11580 (NMG) |
| HILARY ILLICK and JENNIFER KRIER, | |
| Defendants. | |

### PLAINTIFF BILLIE JO JOY'S FIFTH MOTION TO EXTEND DEFENDANT'S DEADLINE TO ANSWER

Plaintiff, Billie Jo Joy ("Joy") hereby moves this Court to extend the deadline by which Defendants Hilary Illick ("Illick") and Jennifer Krier ("Krier") are required to answer Joy's Complaint until December 30, 2005. As grounds for this motion, Ms. Joy states that the Defendants recently retained new counsel and the parties have resumed discussions regarding settlement. An extension of the deadline to December 30, 2005 would facilitate those discussions.

WHEREFORE, the Plaintiff respectfully requests that the Court allow this motion to extend the deadline for the Defendants to answer the Complaint until December 30, 2005.

Respectfully submitted

BILLIE JO JOY,

By her attorneys,

/s/ *signature*
Deborah J. Peckham (BBO# 564865)
David M. Glynn (BBO# 650964)
Kirkpatrick & Lockhart
  Nicholson Graham LLP
75 State Street
Boston, MA 02109
(617) 261-3000

Dated: December 2, 2005

## CERTIFICATE OF SERVICE

I, David M. Glynn, Esq., hereby certify that a true copy of **Plaintiff Billie Jo Joy's Fifth Motion to Extend Defendants' Deadline to Answer** was served upon the counsel for the defendants set forth below by first-class mail, postage pre-paid, and facsimile on December 2, 2005.

_____
David M. Glynn, Esq.

Nicholas B. Carter, Esq.
Todd & Weld LLP
28 State Street
31st Floor
Boston, MA 02109