UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BILLIE JO JOY,<br><br>    Plaintiff,<br><br>v.<br><br>HILARY ILLICK and<br>JENNIFER KRIER,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05 11580 NMG<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Pursuant to United States District Court Local Rule 83.5.2 and Local Rule 5.1(a)(1), please enter the appearance of Nicholas B. Carter on behalf of the Defendants, Hilary Illick and Jennifer Krier, in the above-captioned action.

                                              Defendants
                                              HILARY ILLICK and
                                              JENNIFER KRIER,
                                              By their attorneys,

                                              /s/ Nicholas B. Carter
                                              Nicholas B. Carter, Esq. (BBO # 561147)
                                              Todd & Weld LLP
                                              28 State Street, 31st Floor
                                              Boston, MA  02109
                                              (617) 720-2626
                                              ncarter@toddweld.com

Dated: March 7, 2006

### CERTIFICATE OF SERVICE

    I, Nicholas B. Carter, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Date: March 7, 2006                                            /s/ Nicholas B. Carter