UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BILLIE JO JOY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HILARY ILLICK and )<br>JENNIFER KRIER, )<br>)<br>Defendants. )<br>) | Civil Action No. 05 11580 NMG |

## NOTICE OF APPEARANCE

Pursuant to United States District Court Local Rule 83.5.2 and Local Rule 5.1(a)(1), please enter the appearance of Raymond P. Ausrotas on behalf of the Defendants, Hilary Illick and Jennifer Krier, in the above-captioned action.

                                        Defendants
                                        HILARY ILLICK and
                                        JENNIFER KRIER,
                                        By their attorneys,

                                        /s/ Raymond P. Ausrotas
                                        Raymond P. Ausrotas (BBO #640315)
                                        Todd & Weld LLP
                                        28 State Street, 31st Floor
                                        Boston, MA  02109
                                        (617) 720-2626
                                        rausrotas@toddweld.com

Dated: March 7, 2006

### CERTIFICATE OF SERVICE

      I, Raymond P. Ausrotas, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Date: March 7, 2006                                         /s/ Raymond P. Ausrotas