UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BILLIE JO JOY, )
)
Plaintiff, )
)
v. )  Civil Action No. 05 11580 NMG
)
HILARY ILLICK and )
JENNIFER KRIER, )
)
Defendants. )

## AFFIDAVIT OF PIERRE VALETTE IN SUPPORT OF MOTION TO DISQUALIFY

I, Pierre Valette, depose and state as follows:

1. I am over the age of 18, and make this Affidavit voluntarily and of sound mind, based upon personal knowledge of the matters described.

2. Prior to this lawsuit, I had a professional and social relationship with Attorney Tom Holt at Kirkpatrick & Lockhart ("K&L"). In early 2005, I, together with my wife, Hilary Illick, and Jennifer Krier, had a conversation with Attorney Holt regarding the substance of the claims in the above lawsuit.

3. When K&L, on behalf of Billie Jo Joy, brought this suit against my wife in July 2005, I was surprised and contacted Attorney Holt. I told Attorney Holt, among other things, my wife's and Jennifer's strategy concerning their resources, ability and commitment to financing the litigation. He told me "not to worry about it" and that he "would do what he could to get this resolved quickly."

4. I passed along this communication from Attorney Holt to my wife, Hilary.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS __ DAY OF APRIL, 2006.

_____
Pierre Valette
165 Common Street

|  |  |
|---|---|
| Dated:   April 10, 2006 | Belmont, MA 02478<br>/s/ Pierre Valette |

2