UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BILLIE JO JOY,<br><br>    Plaintiff,<br><br>    v.<br><br>HILARY ILLICK and<br>JENNIFER KRIER,<br><br>    Defendants. | Civil Action No. 05 11580 NMG |

## AFFIDAVIT OF ROBERT COSINUKE IN SUPPORT
## OF MOTION TO DISQUALIFY

I, Robert Cosinuke, depose and state as follows:

1.    I am over the age of 18, and make this Affidavit voluntarily and of sound mind, based upon personal knowledge of the matters described.

2.    In approximately September of 2005, Attorney Tom Holt and I had lunch, and at the end of the meal we talked for about five minutes about this case. I told Attorney Holt my view of Plaintiff, my wife Jennifer Krier's and her friend Hilary Illick's view of the case and their litigation strategy. Attorney Holt described the Kirkpatrick & Lockhart ("K&L") team of lawyers and his thoughts on their strategy. I asked Attorney Holt for his help in resolving the case. Attorney Holt said he would look into the matter.

3.    Two weeks later, I called Attorney Holt to ask about the lawsuit, and Attorney Holt took the call from his secretary. I explained the effect of the lawsuit on my wife and Hilary. I also explained again our view of the relief being sought by Plaintiff and our positions in response to those claims. I told Attorney Holt what my wife and Hilary would settle the case for.

4.    Attorney Holt said he would look into the matter.

5.    Attorney Holt later called back and left me a long message saying that he had met with the K&L team, and he explained their settlement offer. He also said that he believed Plaintiff would be flexible. Attorney Holt subsequently left another message in which he gave more advice on how to get a deal done.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 10 DAY OF APRIL, 2006.

Robert Cosinuke
20 Stone Road
Belmont, MA  02478
/s/ Robert Cosinuke

Dated:    April 10 , 2006

2