UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BILLIE JO JOY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05 11580 NMG |
| HILARY ILLICK and JENNIFER KRIER, | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' RULE 7.1 CERTIFICATION CONCERNING DEFENDANTS' MOTION TO DISQUALIFY**

Pursuant to Local Rule 7.1(A)(2) for the United States District Court for the District of Massachusetts, Defendants Hilary Illick and Jennifer Krier certify that they conferred, through counsel, with counsel for the Plaintiff on the matters set forth in Defendants' Motion to Disqualify, but after attempting in good faith to resolve or narrow the issues therein, the parties were unable to resolve the matter cooperatively without the intervention of the Court.

Defendants
HILARY ILLICK and
JENNIFER KRIER,
By their attorneys,

_____
Nicholas B. Carter, Esq. (BBO# 561147)
Raymond P. Ausrotas, Esq. (BBO# 640315)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626
ncarter@toddweld.com

Dated: April 10, 2006

## CERTIFICATE OF SERVICE

I, Nicholas B. Carter, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Date: April 10, 2006                                     /s/ Nicholas B. Carter

2