UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BILLIE JO JOY,<br><br>  Plaintiff,<br><br>  v.<br><br> HILARY ILLICK and<br> JENNIFER KRIER,<br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05 11580 NMG |

## AFFIDAVIT OF JENNIFER KRIER IN SUPPORT
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Jennifer Krier, depose and state as follows:

1.    I am over the age of 18, and make this Affidavit voluntarily and of sound mind, based upon personal knowledge of the matters described.

2.    I have a doctoral degree in Anthropology from Harvard University. In addition to the play at issue here, I have published other work. I am married to Robert Cosinuke. We have three children and live in Belmont, Massachusetts.

3.    During the fall of 2001, Hilary Illick, a close friend of mine, and I began to write a play together about the challenges and joys of motherhood. During the fall and winter, we wrote the play, which consisted of a chronological series of significant scenes from our lives. We wrote separately and in collaboration.

4.    I knew Billie Jo Joy as a dance class teacher for my daughter's pre-school, which is how we met her originally. In the spring of 2002, in exchange for compensation at an agreed rate of $60 per hour, and a space rental fee of $7 per hour, Ms. Joy, of the Art & Soul Studio, agreed to assist us as a director and choreographer of our play. As a director, she also offered editorial comments relating to the script, which mostly concerned suggestions about striking extraneous language, staging and sequencing of scenes.

5.    Hilary and I were the writers of the play and at all times controlled the script. We wrote and maintained the play on our computers at home. While Ms. Joy offered editorial feedback on the script, we ultimately decided whether to incorporate any of Ms. Joy's editorial suggestions into the script, and we made any such changes on our computer copy of the script. Ms Joy never asked for and was never provided with a disk with a copy of the script.

6.    After the staged reading in June of 2002 and through the summer, Hilary and I met regularly and sometimes daily to brainstorm updates to the script. We did this on our own, without any assistance or input from Ms. Joy.

7.    Ms. Joy left the country for six weeks in the period leading up to the performances at Art & Soul. She was in France from the beginning of October until November 12 – only 10 days before the first performance of the play. During the nearly two months leading up to the performance of the play, we made further revisions to the script and there was little, if any, input on any aspect of the play from Ms. Joy during this period as we had minimal contact with her overseas.

8.    After receiving notice of Hilary's and my copyright of the play upon her return from overseas, Ms. Joy did not challenge the copyright to Venus de Minivan. Before signing the agreement, Ms. Joy had asked that the credits say that the work was "adapted for stage by" Ms. Joy; Hilary and I rejected this proposal because our work was always written for and intended to be performed on stage, and because we actually wrote the play. Ms. Joy did not "adapt" it. Ms. Joy acquiesced in the credit as appears in her signed agreement. Hilary and I discussed with Ms. Joy, but did not reach an agreement, whether Ms. Joy should receive future royalties, if any, from the play. We did not believe Ms. Joy was entitled to any royalties since she was a paid consultant and had not written or invested financially in the production of the play.

9.    Ms. Joy was involved in creating the promotional materials for the play. Attached as Exhibit A is a copy of an electronic mail message from me to her confirming this point.

10.    Ms. Joy never offered to invest or to cover any of the losses for the New York production.

11.    We have received approximately $3300 each in royalties from the publication of "Eve-olution," which appears to be all we will receive. Attached as Exhibit B is a copy of our agent's accounting statement. In the published version of "Eve-olution," Hilary and I listed ourselves as the authors on the title page and credits, and on page 4 we listed the credit that Ms. Joy requested. Attached as Exhibit C is a copy of these pages from the published version of the play.

12.    Based on the above background, and the circumstances surrounding the creation of the play, I would never have agreed to credit this play as being authored by Ms. Joy.

Signed under the pains and penalties of perjury this __10__ day of April, 2006:

Jennifer Krier
20 Stone Road
Belmont, MA  02478
/s/ Jennifer Krier

2

# Exhibit A

Wed, Apr 30, 2003   2:44 AM

**From:** Jennifer Krier <jenkrier@earthlink.net>
**To:** <joy@fas.harvard.edu>, hilary illick <hsillick@aol.com>
**Date:** Wednesday, November 20, 2002 5:45 AM
**Subject:** program

---

Hi billie Jo, thanks for taking this on.

Rachel's last name is Strutt
Patrick's last name is Downie

We feel that Pat should also get his own credit, something like "sound technician" or "sound execution"

Could Costumes be worded, Billie Jo Joy, with Hilary Illick and Jennifer Krier

Pleaseplease please put the names of our Acts and Scenes, which I think you have with your script.

To Jen's bio add: "She currently lives in Belmont with her husband and three children, ages 8, 5 and 2.

Hil's bio should read: Hilary Illick graduated from Stanford University, has her MFA in Creative Writing, and has a published collection of short stories as well as numerous articles and essays. She currently lives in Belmont with her husband and four children, ages 10,8, 4 and 4.

We think you should shorten your bio because otherwise it might look funny. Maybe start with "has been performing and directing in the Boston area since 1989" and go on from there to the end.

We want to dedicate the play to Rob and Pierre.

Also, we should have infor on there about the donations/contributions, which could be made to Venus Collaborative for Creative Expression.

# Exhibit B

## JENNIFER KRIER/TOTAL PMTS /EVE-OU
### 1/1/03 Through 8/4/05

Page 1

8/4/05

| Date | Account | Num | Description | Memo | Category | Cl | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 4/23/03 | CHECKI... | DEP | JENNIFER KRIER | VENUS/NAKACHI | [KRIER] | | 500.00 |
| 4/23/03 | CHECKI... | 19526 ... | JENNIFER KRIER | VENUS/NAKA | [KRIER] | | -450.00 |
| 4/23/03 | CHECKI... | 19533 ... | ROSENSTONE/WENDER | | [KRIER] | | -50.00 |
| 10/27... | CHECKI... | 3210 | ROSENSTONE/WENDER | | [KRIER] | | -28.92 |
| 10/27... | CHECKI... | DEP | JENNIFER KRIER | VENUS/NAKACHI | [KRIER] | | 269.16 |
| 10/27... | CHECKI... | 3208 ... | JENNIFER KRIER | VENUS | [KRIER] | | -269.24 |
| 11/4/04 | CHECKI... | DEP | JENNIFER KRIER | VENUS | [KRIER] | | 533.34 |
| 11/8/04 | CHECKI... | 3260 | JENNIFER KRIER | VENUS | [KRIER] | | -480.00 |
| 11/8/04 | CHECKI... | 3261 ... | ROSENSTONE/WENDER | | [KRIER] | | -53.34 |
| 11/17... | CHECKI... | DEP | JENNIFER KRIER | VENUS | [KRIER] | | 367.87 |
| 11/17... | CHECKI... | 3318 ... | JENNIFER KRIER | VENUS | [KRIER] | | -331.09 |
| 11/17... | CHECKI... | 3332 ... | ROSENSTONE/WENDER | | [KRIER] | | -36.78 |
| 11/22... | CHECKI... | DEP | JENNIFER KRIER | EVE-OU | [KRIER] | | 502.25 |
| 11/22... | CHECKI... | 3357 ... | JENNIFER KRIER | EVE-OU | [KRIER] | | -452.02 |
| 11/22.. | CHECKI... | 3361 ... | ROSENSTONE/WENDER | | [KRIER] | | -50.23 |
| 11/30... | CHECKI... | DEP | JENNIFER KRIER | EVE-OU | [KRIER] | | 347.86 |
| 11/30... | CHECKI... | 3379 ... | JENNIFER KRIER | EVE-OU | [KRIER] | | -312.90 |
| 11/30... | CHECKI... | 3408 ... | ROSENSTONE/WENDER | | [KRIER] | | -34.76 |
| 2/22/05 | CHECKI... | DEP | JENNIFER KRIER | EVE-OU | [KRIER] | | 750.00 |
| 2/22/05 | CHECKI... | 3731 ... | JENNIFER KRIER | EVE-OU/DPS | [KRIER] | | -675.00 |
| 2/22/05 | CHECKI... | 3755 ... | ROSENSTONE/WENDER | | [KRIER] | | -75.00 |

TOTAL 1/1/03 - 8/4/05 — 0.00

TOTAL INFLOWS — 3,300.28
TOTAL OUTFLOWS — -3,300.28

NET TOTAL — 0.00

## HILLARY ILLICK/TOTAL PMTS EVE-OU
### 1/1/03 Through 8/4/05

Page 1

8/4/05

| Date | Account | Num | Description | Memo | Category | Cl | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| | | | | | [ILLICK] | | 500.00 |
| 4/23/03 | CHECKI... | DEP | HILARY ILLICK | VENUS/NAKACHI | [ILLICK] | | -450.00 |
| 4/23/03 | CHECKI... | 19527 ... | HILARY ILLICK | VENUS/NAKA | [ILLICK] | | -50.00 |
| 4/23/03 | CHECKI... | 19533 ... | ROSENSTONE/WENDER | | [ILLICK] | | -29.91 |
| 10/27... | CHECKI... | 3210 ... | ROSENSTONE/WENDER | | [ILLICK] | | 298.15 |
| 10/27... | CHECKI... | DEP | HILARY ILLICK | VENUS/NAKACHI | [ILLICK] | | -269.24 |
| 10/27... | CHECKI... | 3207 ... | HILARY ILLICK | VENUS | [ILLICK] | | 533.33 |
| 11/4/04 | CHECKI... | DEP | HILARY ILLICK | VENUS/NAKACHI | [ILLICK] | | -480.00 |
| 11/8/04 | CHECKI... | 3264 ... | HILARY ILLICK | VENUS | [ILLICK] | | -53.33 |
| 11/8/04 | CHECKI... | 3261 ... | ROSENSTONE/WENDER | | [ILLICK] | | 367.88 |
| 11/17... | CHECKI... | DEP | HILARY ILLICK | VENUS/NAKACHI | [ILLICK] | | -331.09 |
| 11/17... | CHECKI... | 3317 ... | HILARY ILLICK | VENUS | [ILLICK] | | -36.79 |
| 11/17... | CHECKI... | 3332 ... | ROSENSTONE/WENDER | | [ILLICK] | | 502.24 |
| 11/22... | CHECKI... | DEP | HILARY ILLICK | EVE-OU | [ILLICK] | | -452.02 |
| 11/22... | CHECKI... | 3356 ... | HILARY ILLICK | EVE-OU | [ILLICK] | | -50.22 |
| 11/22... | CHECKI... | 3361 ... | ROSENSTONE/WENDER | | [ILLICK] | | 347.68 |
| 11/30... | CHECKI... | DEP | HILARY ILLICK | EVE-OU | [ILLICK] | | -312.90 |
| 11/30... | CHECKI... | 3378 ... | HILARY ILLICK | EVE-OU | [ILLICK] | | -34.78 |
| 11/30... | CHECKI... | 3408 ... | ROSENSTONE/WENDER | | [ILLICK] | | 750.00 |
| 2/22/05 | CHECKI... | DEP | HILARY ILLICK | EVE-OU | [ILLICK] | | -675.00 |
| 2/22/05 | CHECKI... | 3730 ... | HILARY ILLICK | EVE-OU/DPS | [ILLICK] | | -75.00 |
| 2/22/05 | CHECKI... | 3755 ... | ROSENSTONE/WENDER | | | | |
| | | | | | | | 0.00 |

TOTAL 1/1/03 - 8/4/05

| | |
|---|---|
| TOTAL INFLOWS | 3,300.26 |
| TOTAL OUTFLOWS | -3,300.26 |
| NET TOTAL | 0.00 |

# Exhibit C

EVE-OLUTION
Copyright © 2005, Hilary Illick and Jennifer Krier

All Rights Reserved

CAUTION: Professionals and amateurs are hereby warned that performance of EVE-OLUTION is subject to payment of a royalty. It is fully protected under the copyright laws of the United States of America, and of all countries covered by the International Copyright Union (including the Dominion of Canada and the rest of the British Commonwealth), and of all countries covered by the Pan-American Copyright Convention, the Universal Copyright Convention, the Berne Convention, and of all countries with which the United States has reciprocal copyright relations. All rights, including professional/amateur stage rights, motion picture, recitation, lecturing, public reading, radio broadcasting, television, video or sound recording, all other forms of mechanical or electronic reproduction, such as CD-ROM, CD-I, DVD, information storage and retrieval systems and photocopying, and the rights of translation into foreign languages, are strictly reserved. Particular emphasis is placed upon the matter of readings, permission for which must be secured from the Author's agent in writing.

The English language stock and amateur stage performance rights in the United States, its territories, possessions and Canada for EVE-OLUTION are controlled exclusively by DRAMATISTS PLAY SERVICE, INC., 440 Park Avenue South, New York, NY 10016. No professional or nonprofessional performance of the Play may be given without obtaining in advance the written permission of DRAMATISTS PLAY SERVICE, INC., and paying the requisite fee.

Inquiries concerning all other rights should be addressed to Rosenstone/Wender, 38 East 29th Street, 10th Floor, New York, NY 10016, Attn: Ron Gwiazda.

SPECIAL NOTE

Anyone receiving permission to produce EVE-OLUTION is required to give credit to the Authors as sole and exclusive Authors of the Play on the title page of all programs distributed in connection with performances of the Play and in all instances in which the title of the Play appears for purposes of advertising, publicizing or otherwise exploiting the Play and/or a production thereof. The names of the Authors must appear on a separate line, in which no other names appear, immediately beneath the title and in size of type equal to 50% of the size of the largest, most prominent letter used for the title of the Play. No person, firm or entity may receive credit larger or more prominent than that accorded the Authors. The following acknowledgment must appear on the title page in all programs distributed in connection with performances of the Play:

EVE-OLUTION was originally produced Off-Broadway
at the Cherry Lane Theater in November 2004
by Mari Nakachi, Lucy Auda and Meg Saunton.

*Dedicated to our husbands and children*

EVE-OLUTION was originally performed by the authors as *Venus de Minivan*, developed with and directed by Billie Jo Joy at Art & Soul in Cambridge, Massachusetts, in 2002.

EVE-OLUTION was first presented by Mari Nakachi, Lucy Anda and Meg Saunnon at the Cherry Lane Theater, opening on October 20, 2004. It was directed by Carolyn Cantor; the set design was by David Korins; the costume design was by Jenny Mannis; the lighting design was by Matt Richards; and the sound design was by Eric Shim. The cast was as follows:

ALISON .......................................................... Carolyn McCormick
LIZA .................................................................. Sabrina le Beauf

4

# CHARACTERS

ALISON: An anthropology professor in her 30s. Alison is competitive, yet feminine and vulnerable beneath the surface. On the one hand she is concerned with appearances, on the other, she is willing to expose her narcissistic and out-of-control moments. Alison is married to Leo, an ambitious businessman with an affectionate nature and boyish charm — whose temper, at times, can get volatile. They have three children, two girls and a boy: Lucy, Ruby, and Jamie.

LIZA: A creative writer in her 30s, Liza is bohemian in dress and appearance, yet a perfectionist with high expectations of herself. Liza is a free spirit who doesn't realize how tense and despairing she can get. She is married to Philippe, a French-American documentary filmmaker who's fun, adventurous and a big help at home — yet whose financial anxiety distracts him at times, and can cause him to act dismissively towards Liza. They have four children, two girls and a set of boy/girl twins: Chloe, Charlotte, Lucas and Monique.

# SETTING

The play opens with Liza in San Francisco and Alison in Ithaca, New York, with later scenes for both women taking place in an anonymous East Coast town. The overall setting of the play is open to directorial input — it can be set anywhere where two upper-middle-class women would confess their inner doubts and erratic behavior as wives and mothers. The scenes themselves, as they unfold, tend to depict specific locations.

The time span of the play covers about seven years of Alison's life, and roughly nine years of Liza's.

5