UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BILLIE JO JOY,<br><br>                    Plaintiff,<br><br>v.<br><br>HILARY ILLICK and<br>JENNIFER KRIER,<br><br>                    Defendants. | Civil Action No. 05-cv-11580 (NMG) |

### PLAINTIFF BILLIE JO JOY'S MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION TO DISQUALIFY AND MOTION FOR SUMMARY JUDGMENT

Plaintiff, Billie Jo Joy ("Joy") hereby moves this Court to enlarge the time in which Joy has to file her response to Defendant Hilary Illick's ("Illick") and Jennifer Krier's ("Krier") (collectively "Defendants") Motion to Disqualify and Motion for Summary Judgment by fourteen (14) days to, and including, May 5, 2006. In support of this Motion, Joy states the following:

1. On April 10, 2006 the Defendants filed a motion to disqualify Joy's counsel from representing Joy in this lawsuit. On the same day, Defendants filed a Motion for Summary Judgment, seeking summary judgment on all of Joy's claims.

2. Due to the early stages of this case, the parties have not had a pre-trial conference, exchanged pre-trial disclosures under Fed. R. Civ. P. 26(f), or conducted any discovery.

3. Because the Court has not yet had the opportunity to issue a scheduling order in this case Joy has only fourteen (14) days in which to respond to both motions pursuant to Local Rule 7.1(B).

4. Each of these motions requires significant, individual consideration. Joy's response to each motion will necessarily be based on different sets of unrelated facts. Moreover, without first determining how to respond to the Motion to Disqualify, it would be imprudent for Joy to respond to the Motion for Summary Judgment.

5. Defendant's counsel has agreed to a fourteen (14) day extension in the deadline for filing Plaintiff's response to its motion for Summary Judgment; however, Plaintiff was unwilling to consent to more than a modest, weekend extension in the deadline for filing Plaintiff's response to Defendant's motion to disqualify.

WHEREFORE, Joy respectfully requests that this Court enter an Order:

1. Enlarging the time in which Joy has to file her response to the Defendant's Motion to Disqualify and Motion for Summary Judgment by fourteen (14) days to, and including, May 5, 2006.

2. Granting any other such relief as is just and equitable.

Respectfully submitted

BILLIE JO JOY,

By her attorneys,

/s/ David M. Glynn
Deborah J. Peckham (BBO# 564865)
David M. Glynn (BBO# 650964)
Kirkpatrick & Lockhart
  Nicholson Graham LLP
75 State Street
Boston, MA 02109
(617) 261-3000

Dated: April 21, 2006

## **LOCAL RULE 7.1 CERTIFICATION**

The undersigned hereby certifies that Plaintiff's counsel has conferred with Defendants' counsel, the parties have attempted in good faith to resolve or narrow the issue(s) addressed by this motion, and Defendants counsel has indicated that they will oppose this Motion.

/s/David M.Glynn
David M. Glynn

- 4 -

**CERTIFICATE OF SERVICE**

  I, David M. Glynn, certify that a true copy of the foregoing document, filed through the Court's ECF system, will be served upon the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this 21st day of April, 2006.

            /s/David M.Glynn
            David M. Glynn