UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Billie Jo Joy,
      Plaintiff(s),

v.

Hilary Illick,
      Defendant(s),

CIVIL ACTION
NO. 05-11580-NMG

ORDER OF RECUSAL

GORTON, D.J.

    Because Judge Gorton is a stockholder and officer of a closely-held family corporation that is represented by the Kirkpatrick & Lockhart Nicholson Graham LLP lawfirm, he hereby recuses himself from this case.

BY ORDER OF THE COURT,

_____
Deputy Clerk

Dated: 5/11/2006