UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BILLIE JO JOY,

                Plaintiff,

v.                                                                          Civil Action No. 05-cv-11580
                                                                            (NMG)

HILARY ILLICK and
JENNIFER KRIER,

                Defendants.

**PLAINTIFF'S ASSENTED TO MOTION TO STAY PROCEEDINGS WITH REGARD
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The plaintiff, Billie Jo Joy ("Joy") hereby moves this Court for an order staying the

proceedings with regard to the Defendants' Motion for Summary Judgment pending resolution of

Defendants' Motion to Disqualify.  Defendants have assented to this motion.  In support, Joy

states:

1.      On April 10, 2006 defendants Hilary Illick and Jennifer Krier ("the Defendants") filed a

        motion to disqualify Joy's counsel from representing Joy in this lawsuit.  On the same

        day, Defendants filed their Motion for Summary Judgment, seeking summary judgment

        on all of Joy's claims.

2.      On May 9, 2006, the Court granted Joy's unopposed motion to extend the deadline by

        which to reply to the Defendants' motions until May 12, 2006.

3.      Each of these motions requires significant, individual consideration.  Joy's response to

        the Motion for Summary Judgment will necessarily be based on a different set of

        unrelated facts to those relevant to the Motion to Disqualify.  Moreover, should the Court

        disqualify Joy's counsel, new counsel will necessarily be required to argue the merits of

        the Defendants' Motion for Summary Judgment.

4.      Joy has filed, contemporaneously herewith, her opposition to the Defendants' Motion to

Disqualify.  However, until that issue is resolved, it is not appropriate or prudent for Joy

to respond to the Defendants' Motion for Summary Judgment.

WHEREFORE, it is requested that the Court enter an Order:

1.      Staying proceedings with regard to Defendants' Motion for Summary Judgment pending

resolution of the Defendants' Motion to Disqualify.

2.      Granting any other such relief as is just and equitable.

                                        BILLIE JO JOY,

                                        By her attorneys,


                                        /s/ David M. Glynn_____
                                        Deborah J. Peckham (BBO# 564865)
                                        David M. Glynn (BBO# 650964)
                                        Kirkpatrick & Lockhart
                                          Nicholson Graham LLP
                                        75 State Street
                                        Boston, MA 02109
                                        (617) 261-3000
Dated:  May 12, 2006

## LOCAL RULE 7.1 CERTIFICATION

        The undersigned hereby certifies that Plaintiff s counsel has conferred with Defendants'
counsel, who has indicated that they assent to this Motion.

                                        /s/David M. Glynn_____
                                        David M. Glynn

3

## CERTIFICATE OF SERVICE

I, David M. Glynn, certify that a true copy of the foregoing document, filed through the Court's ECF system, will be served upon the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this 12th day of May, 2006.


/s/David M. Glynn
David M. Glynn