UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BILLIE JO JOY,<br><br>                    Plaintiff,<br><br>v.<br><br>HILARY ILLICK and<br><br>JENNIFER KRIER,<br><br>                    Defendants. | Civil Action No. 05-cv-11580 (NMG) |

## NOTICE OF APPEARANCE

Please record my appearance on behalf of the Plaintiff, Billie Jo Joy.

Respectfully submitted,

/s/ Arnold R. Rosenfeld
Arnold R. Rosenfeld (BBO # 428860)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
(617) 261-3100

Dated:  May 15, 2006

BOS-967775 v1

- 2 -

## CERTIFICATE OF SERVICE

    I, Arnold R. Rosenfeld, certify that a true copy of the foregoing document, filed through the Court's ECF system, will be served upon the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this 15th day of May, 2006.

                                                  /s/ Arnold R. Rosenfeld_____
                                                  Arnold R. Rosenfeld