UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BILLIE JO JOY, <br><br> Plaintiff, <br><br> v. <br><br> HILARY ILLICK and <br> JENNIFER KRIER, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05 11580 NMG <br> ) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF JENNIFER KRIER IN SUPPORT OF MOTION TO DISQUALIFY

I, Jennifer Krier, depose and state as follows:

1. I am over the age of 18, and make this Affidavit voluntarily and of sound mind, based upon personal knowledge of the matters described.

2. In early 2005, I participated in a conversation with Hilary Illick, Pierre Valette, and Attorney Tom Holt regarding the substance of Billie Jo Joy's claims against Hilary and me. She later filed this lawsuit based on these claims.

3. Although the law firm Kirkpatrick & Lockhart asked Hilary to sign a letter about this conversation, they never asked me to do so.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS __ DAY OF MAY, 2006.

_Jennifer Krier_
Jennifer Krier