UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BILLIE JO JOY,<br><br>                              Plaintiff,<br><br>v.<br><br>HILARY ILLICK and<br>JENNIFER KRIER,<br><br>                              Defendants. | Civil Action No. 05-cv-11580<br>(NMG) |

## ASSENTED TO MOTION TO WITHDRAW

Deborah J. Peckham and David M. Glynn and the law firm Kirkpatrick & Lockhart Nicholson Graham LLP (collectively "K&LNG") hereby move to withdraw as counsel for Billie Jo Joy ("Joy"). As reasons, its states as follows:

1.  Defendants argue that K&LNG should be disqualified from representing Joy in this case because they allege that through a series of informal communications, an attorney-client relationship was established between them and one of K&LNG's attorneys, Thomas F. Holt, Jr. ("attorney Holt"), and thus with K&LNG. Therefore, they allege that there is a conflict of interest under Rule 1.7 of the Massachusetts Rules of Professional Conduct.

2.  As fully set forth the Joy's Opposition to the Defendants' motion to disqualify, and based on the facts set forth in the Affidavit of Thomas F. Holt, Jr. filed therewith, there is not an attorney-client relationship between K&LNG and either of the defendants because attorney Holt did not communicate any legal advice to either of the defendants or their husbands.

3.  However, in the interest of avoiding further delay to the resolution of this lawsuit, and any further distraction from the merits of this case, K&LNG moves to

withdraw as counsel pursuant to Rule 1.16(b)(6) of the Massachusetts Rules of Professional Conduct, as adopted by District Court Rule 83.6.  It is K&LNG's understanding that Joy has already engaged alternate counsel acceptable to her, which counsel has already filed a notice of appearance or will file a notice of appearance in the immediate future.

WHEREFORE, it is requested that this motion be allowed.

                                          BILLIE JO JOY,

                                          By her attorneys,

/s/David M. Glynn
Deborah J. Peckham (BBO# 564865)
David M. Glynn (BBO# 650964)
Kirkpatrick & Lockhart
  Nicholson Graham LLP
75 State Street
Boston, MA 02109
(617) 261-3000

Dated:  June 14, 2006

                                          /s/David M. Glynn
                                          David M. Glynn

**CERTIFICATE OF SERVICE**

      I, David M. Glynn, certify that a true copy of the foregoing document, filed through the Court's ECF system, will be served upon the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this 14th day of June, 2006.

                                    /s/David M. Glynn
                                    David M. Glynn