UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BILLIE JO JOY,<br><br>                Plaintiff,<br><br>    v.<br><br>HILARY ILLICK and<br>JENNIFER KRIER,<br><br>                Defendants. | Docket No.  05-11580-NMG |

**NOTICE OF APPEARANCE**

      Pursuant to Local Rule 83.5.2, please enter the appearance of Mark R. Vernazza of Edwards Angell Palmer & Dodge LLP on behalf of plaintiff Billie Jo Joy.

                                                          Respectfully submitted,

                                                          /s/ Mark R. Vernazza
                                                          Mark R. Vernazza (BBO #661295)
                                                           EDWARDS ANGELL PALMER & DODGE LLP
                                                           111 Huntington Avenue
                                                           Boston, MA  02199-7613
                                                           617.239.0100

Dated:    June 14, 2006

**Certificate of Service**
I hereby certify that this document filed through the ECF system will
be sent electronically to the registered participants as identified on the
Notice of Electronic Filing (NEF) and paper copies will be sent to those
indicated as non-registered participants on June 14, 2006.

/s/ Mark R. Vernazza
