UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BILLIE JO JOY,<br><br>           Plaintiff,<br><br>v.<br><br>HILARY ILLICK AND JENNIFER KRIER,<br><br>           Defendants. | Docket No. 05-11580 |

**PLAINTIFF'S ASSENTED TO MOTION TO ENLARGE TIME FOR RESPONDING TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Billie Jo Joy ("Joy") hereby moves this Court to enlarge the time in which Joy may file an opposition to Defendants' Motion for Summary Judgment filed by Hilary Illick and Jennifer Krier (collectively "Defendants") to and including August 25, 2006. The parties have consulted and agreed upon August 25, 2006, as a date by which Joy's opposition may be filed. In support of this Motion, Joy states the following:

1.   On April 10, 2006, Defendants filed their motion for summary judgment in addition to a motion to disqualify Joy's former counsel.

2.   On May 30, 2006, this Court stayed any proceedings with respect to Defendants' Motion for Summary Judgment, pending resolution of Defendants' motion to disqualify counsel.

3.   Deborah J. Peckham, David M. Glynn, and the law firm of Kirkpatrick & Lockhart Nicholson Graham, LLP filed a motion to withdraw as counsel for Joy on June 14, 2006. On that same day, Mark R. Vernazza of Edwards Angell Palmer & Dodge, LLP entered his appearance on behalf of Joy.

4.  On June 16, 2006, the motion to withdraw was granted and, consequently, the motion to disqualify counsel was denied as moot.

5.  After counsel conferred, this Court granted an assented to motion to enlarge time to and including August 11, 2006, for Joy's filing an opposition to the Defendants' Motion for Summary Judgment.

6.  Vacation schedules and parental leaves impacting Joy's counsel have created the need for additional time. Counsel have again conferred about scheduling in order to establish an agreed-upon date for Joy's opposition to Defendants' Motion for Summary Judgment. The parties have agreed to August 25, 2006.

WHEREFORE, Joy respectfully requests that this Court enter an Order:

1.  Enlarging the time in which Joy may file her response to the Defendants' Motion for Summary Judgment to and including August 25, 2006.

2.  Granting any other such relief as is just and equitable.

Respectfully submitted,

/s/ Mark R. Vernazza

Mark R. Vernazza (BBO #661295)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA  02199-7613
617.239.0100

Dated: August 10, 2006

**Local Rule 7.1 Certification**

The undersigned hereby certifies that Plaintiff's counsel has conferred with Defendants' counsel, who assented to this motion.

                                             /s/ Mark R. Vernazza
                                              Mark R. Vernazza

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 10, 2006.

                                             /s/ Mark R. Vernazza
                                              Mark R. Vernazza

Case 1:05-cv-11580-RCL     Document 40     Filed 08/10/2006     Page 3 of 3