UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BILLIE JO JOY,<br><br>        Plaintiff,<br><br>v.<br><br>HILARY ILLICK AND JENNIFER KRIER,<br><br>        Defendants. | Docket No. 05-11580 |

**JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE**

Plaintiff Billie Jo Joy and defendants Hilary Illick and Jennifer Krier (the "Parties") hereby move this Court to continue the Local Rule 16.1 Scheduling Conference currently set for February 8, 2007.  The Parties have conferred and have agreed to continue the Scheduling Conference to a date on or around February 26, 2007.  In support of this Motion, the Parties state the following:

1. The Parties are engaged in discussions aimed at resolving this matter short of trial.

2. At this time, the Parties believe that their energies would be better directed towards exploring potential settlement than towards preparing for and appearing at the Scheduling Conference.

3. The requested continuance will provide the Parties with an opportunity to assess potential settlement prior to initiating discovery.

4. As all the Parties assent to and join in this motion, no party is prejudiced by the requested continuance.

WHEREFORE, the Parties respectfully request that this Court enter an Order:

1. Continuing the Local Rule 16.1 Scheduling Conference currently set for February 8, 2007, to a date on or around February 26, 2007.

2. Granting any other such relief as is just and equitable.

| | |
|---|---|
| BILLIE JO JOY, | HILARY ILLICK and<br>JENNIFER KRIER, |
| By her attorneys, | By their attorneys, |
| /s/ Mark R. Vernazza | /s/ Nicholas B. Carter |
| Mark R. Vernazza (BBO #661295)<br>EDWARDS ANGELL PALMER & DODGE LLP<br>111 Huntington Avenue<br>Boston, MA  02199-7613<br>617.239.0100 | Nicholas B. Carter (BBO #561147)<br>Raymond P. Ausrotas (BBO #640315)<br>TODD & WELD LLP<br>28 State Street, 31st Floor<br>Boston, MA  02109<br>617.720.2626 |

Dated: February 2, 2007

**Local Rule 7.1 Certification**

The undersigned hereby certifies that Plaintiff's counsel has conferred with Defendants' counsel, who joined in this motion.

/s/ Mark R. Vernazza
Mark R. Vernazza

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 2, 2007.

/s/ Mark R. Vernazza
Mark R. Vernazza