UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BILLIE JO JOY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05 11580 NMG |
| HILARY ILLICK and JENNIFER KRIER, | ) |
| Defendants. | ) |

### JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

Plaintiff Billie Jo Joy and defendants Hilary Illick and Jennifer Krier (the "Parties") hereby move this Court to continue the Local Rule 16.1 Scheduling Conference currently scheduled on March 14, 2007. The Parties have conferred and have agreed to continue the Scheduling Conference to a date on or before April 5, 2007. In support of this Motion, the Parties state the following:

1. The Parties are engaged in discussions aimed at resolving this matter short of trial.

2. The requested continuance will provide the Parties with an opportunity to assess potential settlement prior to initiating discovery.

3. As all the Parties assent to and join in this motion, no party is prejudiced by the requested continuance.

WHEREFORE, the Parties respectfully request that this Court enter an Order:

1. Continuing the Local Rule 16.1 Scheduling Conference currently set for March 14, 2007, to a date on or before April 5, 2007.

2. Granting any other such relief as is just and equitable.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Plaintiff, | Defendants |
| BILLIE JO JOY, | HILARY ILLICK and JENNIFER KRIER, |
| By her attorney, | By her attorneys, |
| | |
| /s/ Mark R. Vernazza | /s/ Nicholas B. Carter |
| Mark R. Vernazza, Esq. (BBO# 661295) | Nicholas B. Carter, Esq. (BBO# 561147) |
| Edwards Angell Palmer & Dodge LLP | Raymond P. Ausrotas (BBO# 640315) |
| 111 Huntington Avenue | Todd & Weld LLP |
| Boston, MA  02199-7613 | 28 State Street, 31st Floor |
| | Boston, MA  02109 |
| | (617) 720-2626 |

Dated: March 12, 2006

### Local Rule 7.1 Certification

The undersigned hereby certifies that Defendants' counsel has conferred with Plaintiff's counsel, who joined in this motion.

/s/ Nicholas B. Carter
Nicholas B. Carter

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 12, 2007.

/s/ Nicholas B. Carter
Nicholas B. Carter