UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BILLIE JO JOY,<br><br>           Plaintiff,<br><br>v.<br><br>HILARY ILLICK AND JENNIFER KRIER,<br><br>           Defendants. | Docket No. 05-11580 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Billie Jo Joy stipulates to dismissal with prejudice of all claims in this action, each party paying its own fees and costs and waiving all rights of appeal.

| | |
|---|---|
| BILLIE JO JOY, | HILARY ILLICK and JENNIFER KRIER, |
| By her attorneys, | By their attorneys, |
| /s/ Mark R. Vernazza | /s/ Nicholas B. Carter |
| Mark R. Vernazza (BBO #661295)<br>EDWARDS ANGELL PALMER & DODGE LLP<br>111 Huntington Avenue<br>Boston, MA 02199-7613<br>617.239.0100 | Nicholas B. Carter (BBO #561147)<br>Raymond P. Ausrotas (BBO #640315)<br>TODD & WELD LLP<br>28 State Street, 31st Floor<br>Boston, MA 02109<br>617.720.2626 |

Dated: October 30, 2007